AO 91 (Rev. 11/82) — **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LEONARDO CATALAN ORTIZ,**<br>also known as ("aka") "Leonardo Catalan"<br>aka "Leonardo Ortiz Catalan" | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>SA19-420M |

FILED — MAY 24 2019 — CENTRAL DISTRICT OF CALIFORNIA — DEPUTY

Complaint for violation of Title 8, United States Code, Section 1326(a)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE KAREN E. SCOTT | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|
| DATE OF OFFENSE<br>February 1, 2017 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 1, 2017, defendant **LEONARDO CATALAN ORTIZ, also known as ("aka") "Leonardo Catalan" aka "Leonardo Ortiz Catalan,"** an alien, was found in Orange County, within the Central District of California, after having been officially deported and removed from the United States on or about March 25, 2010, April 13, 2010, April 19, 2010, and January 18, 2011, without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation or removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for the following felonies:

(1) Second Degree Commercial Burglary, in violation of California Penal Code, Section 459-460(b), ON or about March 4, 2010, in the Superior Court of the State of California, County of Orange, case number 09NF3505, for which defendant received a sentence of 180 days of imprisonment.

(2) Second Degree Commercial Burglary, in violation of California Penal Code, Section 459-460(b), and Receiving Stolen Property, in violation of California Penal Code, Section 496(a), or about August 27, 2010, in the Superior Court of the State of California, County of Orange, case number 10WF1661, for which defendant received a sentence of 364 days of imprisonment.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>AURELIO GARCIA |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer- ICE/ERO |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>KAREN E. SCOTT | DATE<br>5/24/19 |
|---|---|



[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA:B. Lichtman:cp

A F F I D A V I T

I, Aurelio Garcia, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since April 2006. I am currently assigned to the Los Angeles Enforcement and Removal Operations, Santa Ana office. Prior to working for ICE, I worked as a Border Patrol Agent for INS since June 2000.

2. This affidavit is made in support of a criminal complaint against and arrest warrant for LEONARDO CATALAN ORTIZ, also known as ("aka") "Leonardo Catalan" aka "Leonardo Ortiz Catalan" ("CATALAN"), charging a violation of Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

3. On or about February 1, 2017, CATALAN was encountered by Deportation Officer J. Truong ("DO Truong") at the Orange County Jail, Santa Ana, California. DO Truong is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. An electronic submission of CATALAN's fingerprints through Live Scan confirmed CATALAN's

1

identity. DO Truong conducted a preliminary records check of the ICE database which revealed CATALAN was previously deported. An Immigration Detainer (Form I-247) was issued against CATALAN. However, on or about February 2, 2017, CATALAN was released from the custody of the Orange County Jail.

4. Based on the biographical and identifying information provided in the Detainer, I conducted a preliminary records check of the ICE database which revealed Alien File ("A-File") Number A95-805-591 assigned and maintained for the subject alien CATALAN. An "A-File" is a file in which all immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained. Further record checks revealed that CATALAN was previously removed to Mexico.

5. On or about May 15, 2019, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII"), and the Federal Bureau of Investigation ("FBI") Identification Record for CATALAN, the individual who is the subject of this affidavit. I compared the data on these documents to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is CATALAN's alien number. I also compared the data from these documents to the

printout of the FBI contained in the A-File. I found that the data from the FBI contained in CATALAN's A-File contain the same name, date of birth, CII number, and FBI Identification Record that are found in CIS, the CII and, the FBI Identification Record that I obtained. In addition, the CII printout also reflects the convictions that are described below. Based on this review, I believe that CATALAN is the same individual who incurred the convictions described below and who was ordered deported and/or removed as described in the A-file.

6. On or about May 15, 2019, I reviewed a certified booking photograph from the Orange County Sheriff's Department bearing the name Leonardo Catalan from his arrest on January 31, 2017. I conducted a photograph comparison of CATALAN's booking photograph to the photographs contained in the immigration records under CATALAN's identifying information. It appeared to me that CATALAN's booking photograph and the immigration record photographs under CATALAN's identifying information appear to resemble the same person. Thus, I believe that A-File (A95-805-591) and its contents correspond to CATALAN.

7. On or about May 15, 2019, I reviewed CATALAN's A-File (A95-805-591). A review of CATALAN's A-file revealed the following information and documents:

    a. A DHS immigration detainer (Form I-247) dated February 1, 2017. Based upon my review of that detainer

and my training and experience, I am able to determine that Deportation Officer J. Truong placed the detainer on CATALAN as part of her routine assigned duties to locate suspected criminal aliens in custody at the Orange County Jail, Santa Ana, California.

       b.    A DHS immigration detainer (Form I-247) dated December 4, 2009. Based upon my review of that detainer and my training and experience, I am able to determine that Immigration Enforcement Agent Mateo Aquino placed the detainer on CATALAN as part of his routine assigned duties to locate suspected criminal aliens in custody at the Anaheim City Jail, Anaheim, California.

       c.    A Record Of Deportable Alien (I-213), which indicated that Immigration Enforcement Agent Gabriel P. Cordova interviewed CATALAN on March 8, 2010, at the Santa Ana ICE detention facility.

       d.    An Order of the Immigration Judge showing that CATALAN was ordered removed from the United States to Mexico by David Burke, Immigration Judge, Lancaster, California, on March 23, 2010.

       e.    An executed Warrant of Removal/Deportation indicating that CATALAN was officially removed and deported from the United States to Mexico on March 25, 2010, at the Port of Entry, San Ysidro, California.

   f. An executed Warrant of Removal/Deportation indicating that CATALAN was officially removed and deported from the United States to Mexico on April 13, 2010, at the Port of Entry, Nogales, Arizona.

   g. An executed Warrant of Removal/Deportation indicating that CATALAN was officially removed and deported from the United States to Mexico on April 19, 2010, at the Port of Entry, Nogales, Arizona.

   h. An executed Warrant of Removal/Deportation indicating that CATALAN was officially removed and deported from the United States to Mexico on January 18, 2011, at the Port of Entry, San Ysidro, California.

   i. I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's signature, fingerprint, and/or photograph. The executed Warrants of Removal in CATALAN's A-File contain his signature, fingerprint, and photograph.

   j. A certified record of conviction indicating that on or about March 4, 2010, CATALAN was convicted of Second Degree Commercial Burglary, in violation of California Penal Code, Section 459-460(b), in the Superior Court of California, County of Orange, case number 09NF3505 for which CATALAN received a

5

sentenced of 180 days of imprisonment.

      k.    A certified record of conviction indicating that on or about August 27, 2010, CATALAN was convicted of Second Degree Commercial Burglary, in violation of California Penal Code, Section 459-460(b), and of Receiving Stolen Property in violation of California Penal Code, Section 496(a), in the Superior Court of California, County of Orange, case number 10WF1661 for which CATALAN received a sentenced of 364 days of imprisonment.

    8.    On or about May 15, 2019, I reviewed the printouts of ICE computer indices on CATALAN. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that CATALAN had been removed and deported on the dates indicated on the Warrants of Removal/Deportation found in CATALAN's A-File. The ICE computer indices further indicated that CATALAN had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since CATALAN had last been deported.

    9.    Based on my review of CATALAN's A-File, I determined that his A-File does not contain any record of him ever applying

for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in CATALAN's A-File.

10. Based on my review of the contents of A-File A95-805-591, in particular the Warrants of Removal/Deportation indicating that CATALAN had been removed and deported to Mexico on four occasions, and my training and experience, I believe that CATALAN is an alien, that is, a citizen of Mexico who illegally re-entered the United States without permission.

///

//

11. Based upon the information indicated above, including the Order of Removal, Warrants of Removal/Deportation, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that LEONARDO CATALAN ORTIZ is in violation of Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

/s/
Aurelio Garcia
Deportation Officer - ICE

Subscribed and sworn to before me
On this 24 day of May 2019.

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

8